

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

19 CR 188 (NRB)

- against -

ORDER

ABEL ACOSTA,

Defendant

-------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by EMPIRE STATE FORENSICS, in the amount of $4,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: New York, New York
January 29, 2020

Honorable Naomi Reice Buchwald
U.S. District Judge